ThatIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01339-MSK

RGM STRATEGIC MARKETING, INC., d/b/a Colorado Pen.com,

    Plaintiff,

v.

INTERNATIONAL WRITING GROUP, LLC, d/b/a Dalys Pen Shop.com,

    Defendant.

## ORDER SETTING LAW AND MOTION HEARING
## WITH REGARD TO MOTION FOR PRELIMINARY INJUNCTION

**THIS MATTER** comes before the Court pursuant to the Plaintiffs' Motion for Preliminary Injunction **(#2)**.

The Court will conduct a **non-evidentiary** hearing on **July 26, 2011,** at **1:30 p.m.** to address the above-referenced motioI'n.  At this hearing, the parties should be prepared to address the following issues: (i) whether an evidentiary hearing is necessary on the Motion for Preliminary Injunction; (ii) if so, how much time is necessary to conduct the hearing; (iii) when the hearing should be held; (iv) what discovery is contemplated, and when the parties anticipate conducting such discovery; and (v) whether, pursuant to Fed. R. Civ. P. 65(a)(2), trial on the merits of the claim in the Complaint should be advanced and consolidated with the hearing on the Motion for Preliminary Injunction.

The docket does not indicate whether the Plaintiff has yet served the Summons and Complaint on the Defendant.  If such service has yet to occur, the Plaintiff shall effectuate service on the Defendant no later than **June 23, 2011,** or show cause why such service cannot

promptly be effectuated.

If properly served with the Summons and Complaint, the Defendant shall file a response to the Motion for Preliminary Injunction on or before **July 14, 2011**.

Counsel may appear at this hearing by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

DATED this 23rd day of May, 2011.

                                              **BY THE COURT:**

*[signature: Marcia S. Krieger]*

                                              Marcia S. Krieger
                                              United States District Judge