IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01339-MSK-CBS

RGM STRATEGIC MARKETING, INC., d/b/a Colorado Pen.com,

    Plaintiff,

v.

INTERNATIONAL WRITING GROUP, LLC, d/b/a Dalys Pen Shop.com,

    Defendant.

## ORDER FOR INJUNCTION AND
## DISMISSAL OF REMAINING CLAIMS WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulated Motion For Entry Of Permanent Injunction And Order Dismissing Case With Prejudice **(#13)**. The Court, having reviewed the Motion and being sufficiently advised, hereby **ORDERS** that the Motion is **GRANTED**. The Court has *in personam* and subject matter jurisdiction over this matter and both Plaintiff and Defendant have consented to the relief requested. Accordingly, the Court hereby **ORDERS** as follows:

    1. Defendant International Writing Group, LLC, its agents and those under its control, shall not without authorization post on Defendant's website or otherwise use or publish content that is copyrighted by Plaintiff; and

    2. This injunction shall become effective immediately, and shall be permanent; and

    3. All other claims asserted in the Complaint shall be, and are hereby, dismissed with prejudice, with each party to bear its own costs and attorney fees.  The Clerk is directed to close this case.

DATED this 8th day of July, 2011.

BY THE COURT:

Marcia S. Krieger
United States District Judge